Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

_____ Division

Antonio Lamont Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Rockford Police officers
A. Thompson # 0361
A. Kennington # 0266

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 25-50163

(to be filled in by the Clerk's Office)

RECEIVED

APR 10 2025

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Antonio Lamont Williams

All other names by which
you have been known:

ID Number     # 126811

Current Institution     Winnebago County Jail

Address     650. W. State st

Rockford      ILL      61101
       *City*        *State*        *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     A. Kennington

Job or Title *(if known)*     Rockford Police officer

Shield Number     ~~Don't know~~ # 0266

Employer     Rockford Police Department

Address

Rockford      ILL      61101
       *City*        *State*        *Zip Code*

☑ Individual capacity     ☐ Official capacity

Defendant No. 2

Name     A. Thompson

Job or Title *(if known)*     Rockford Police officer

Shield Number     # 0361

Employer     Rockford Police Department

Address

Rockford      ILL      61101
       *City*        *State*        *Zip Code*

☑ Individual capacity     ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my 4th amendment right was violated because the officer used excessive force while arresting me.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Rockford Housing building " Olesen Plaza, 511 "church st" Rockford. ILl 61103

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

"D"

Statement of claim                                                                    1#

The facts underlying my claim's

I could say that the event and arrest took place about 6:00
6:30 pm at the location of the Rockford Housing building "Olesen Plaza"
and address is 511 N church street, Rockford Ell 61103. and R Antonio
was crossing the street of church coming or walking unto the
property of olesen Plaza. R notice a car of some kind coming from
N. main st and was driving in my direction across the parking lot
of olesen plaza, R didnt notice that it was a police car. R was
to busy eating a bag of chips and the Police car lights was on
super bright so the lights was blinding me and R couldn't see what
make or modle of the car until it came to a compleat stop and the
driver side door opened up, at that moment the driver got out and
walked to the back of the truck and around the back as R passed
the passenger side door, that's when R noticed that it was a truck
that belonged to the Rockford Police department. and you had
a police officer still in the passgenger side. Et was two officer's
at the moment. So while R was about to enter the front door
of olesen plaza the driver who had to be Police officer
"Kennington" and Police officer A. Thompson was still in the truck
on the passanger side didnt exit yet. So officer "Kennington" stepped
from in back of the police truck and went to grab ahold of my
right wrist. R had my shoulder bag hanging on my left side and a
big bag of Potato chips in both hands eating at the time. and the
police officer scared me and caught me off gaurd. officer Kennington

didnt say he was a Rockford Police officer and I was surprised to see him reaching for me so I pulled away. The next thing that I noticed was that Mr. Kennington pushed me in my upper chest and I flew about 2 to 3 feet backwards and landed on my back on a bed of rocks that is located next to the main door entrance. The push made me loose my footing and breath and I hit the back of my head with a hard inpact until I almost passed out. The next thing Mr. Kennington ran over to me and knee down and went to grab my wrist and out of shock and pain I pulled away from him and that made officer Kennington mad I believe, because he then took a closed fist or hand and balled it up and he then started too hit me in my face about 10 times until I was yelling and screaming " Stop hitting me", when the officer did stop I was feeling weak and the next thing I felt was his knee on my face and mouth and buy this time I felt the other officer Mr. Thompson down by my side rolling me over to cuff me up. I then passed out. I dont remember nothing after that for the next three days. I was told that I was transported to Swedish American Hospital and had medical treament done. And I was then sent to the Winnebago. CO. Jail after the visit to the hospital. I dont remember my visit to Swedish American. I spent the next three days in obsternation or the "naked" room all because I had serious head pain from the beating. I also lost two of my teeth that officer Kennington knocked out. I am sure that all this is on Mr. Kennington body camera. And also there is camera's all around Olesen Plaza property.

statement of claim                                                                    2 #

upon the following months while here in Winnebago Co jail my public defender "Mrs margie O conners" finally came and read me the police report of my arrest that officer Kennington wrote. He claims that the arrest started when he claims that I pushed him first in the chest when he went to grab a hold of my wrist. Then Mr. Kennington went on to say that after he pushed me and I fell he then came to knee down and I bit his leg and that is what made him hit or strike me in the face about four times and I then let loose of his leg with my teeth and I again struggled to be hand cuffed up and I then again bit him on the leg and he then again hit or struck me again about four more times because I bit him again and that was the reason for striking me with a close fist about 8 times I beleave. all of Mr. Kennington's police report is fabricated and is a lie. I told the truth in my arrest and again I never hit or pushed mr. kennington. He is only claiming so because he dont have a true reason for pushing me to the ground in the first place. and also after I was knocked to the ground mr. Kennington ran over to me and grabbed my wrist and started to hit and beat me in my head and face with a close fist. This is all before my teeth made contact with his leg. Mr kennington all ready beat me first and was about to beat me again because he put my head between his leg's and he was holding my head and face in place

and he was smothering me and blocking my nose so that I could'nt breath. Mr Kennington already caused me injuries by beating me with a close fist and knocking two of my teeth out. upon going to Swedish American Hospital I was so out of it and going to sleep and walking up that I didnt know what was going on. Mr Kennington or Mr Thompson didnt tell the doctors or hospital staff that I was beat and hit in the face or head and needed medical treatment for that and that was the main and real reason "reason" why I was there and what the doctors should have been looking at. I put Mr. Thompson in this lawsuit because he failed to intervene and stop Mr. Kennington from hitting and beating me the way he did. Mr Thompson had pleaty of time to help with the arrest and to stop Mr. Kennington from beating me the way he did. Mr Thompson was right there and seen everything. All of what Mr Kennington said is a lie and is fabricated. Again I find myself in a situation where I got to slow and proove that a Rockford police officer used excessive force on me during a arrest and another Rockford police officer failed to intervene and did nothing to help or stop the assult of my arrest. So both officers, Mr Kennington #0266 and Mr. Thompson #0361 are listed in my Civil lawsuit for violation of my 4th adment right.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

It happend on the 14th of November 2024, I beleave at about 6:00 pmoo clock.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Sustained two missing teeth and a Swollen and brused face due to the punches that the officer gave me during my arrest. I was rushed to Swedish armenian hospital to be treated for my injuries. I dont rember the visit to the hospital because I was passed out due to the punches that the officer gave me.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am requesting that the Court will award me punitive damages for the sum of $100,000 dollars and $100,000 in Compansatory damages as well because the officer Caused me Serious pain and the loss of my teeth. the officer used excessive force on me and Violated my 4th admenchment

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). my Claim happened before I Came to the Winnebago Co. jail, It happened on the Same night.

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

I filed the grievance at the Winnebago County Jail on my jail tablet on December 4th 2024.

_____

grievance number # 509641011

2.   What did you claim in your grievance?

I claimed that the Rockford police officer arrested me on 11-14-2024, at 511. N church st. at olsen plaza Housing athority building. and that I was beat and sent to Swedish american Hospital.

3.   What was the result, if any?

The grievance responce told me that I would have to exhaust my lawsuit once I get released from jail, I did not like the responce so I filed a appeal grievance on 12-9-2024

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

appeal number # 511899841

I explained in my appeal grievance that I wrote to the Winnebago CO. Jail and that I requested a packet for the civil lawsuit because excessive force was used against me on 11-14-2024. and when requesting the lawsuit paper work it explains that I must file a grievance and appeal, or my civil case can and will be dismissed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

I did file a grievance

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed a grievance and a appeal.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)  Antonio Lamont Williams
     Defendant(s)  Nathan Milne

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     United states District Court Northern District of Illinois = Western Division

3.   Docket or index number
     # Case No. 17. C. 50388

4.   Name of Judge assigned to your case
     Iain D. Johnston

5.   Approximate date of filing lawsuit
     2018 I filed the lawsuit, But the excessive force took place in 2017 I beleave.

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition.   Caut remember

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     I settled the lawsuit for $50.000 in 2022.

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  yes.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  Antonio Lamont Williams

Defendant(s)  Dr. Sara Lamont

2.  Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court for the Northern District of Illinois

3.  Docket or index number

# Case No. 22.C.50058

4.  Name of Judge assigned to your case

Margaret J. Schneider, Magistrate Judge. Iain D. Johnston

5.  Approximate date of filing lawsuit

I beleave I filed the lawsuit in 2021, while in "RDOC"

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition   Cant remember

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* The Case was dismissed because I couldn't afford the filing fee for my appeal.

Page 10 of 11

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _April 4th 2025_

| | |
|---|---|
| Signature of Plaintiff | Antonio Lamont Williams |
| Printed Name of Plaintiff | Antonio Lamont Williams |
| Prison Identification # | # 126811 |
| Prison Address | 650 W. State Str |
| | Rockford     Ill     61101 |
| | _City_     _State_     _Zip Code_ |

### B.   For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _City_     _State_     _Zip Code_ |
| Telephone Number | _____ |
| E-mail Address | _____ |