Case: 3:25-cv-50163 Document #: 1-1 Filed: 04/10/25 Page 1 of 1 PageID #:17

Antonio L. Williams # 126811
Winnebago C.O. Jail
[6]O. W. State St.
[Ro]ckford. Ill 61101

MAILED FROM
WINNEBAGO COUNTY JAIL

"Legal Mail"

CAROL STREAM IL 601
8 APR 2025

FOREVER
FOREVER / USA

SCREENED
APR 10 2025
US MARSHALS

"clerks office"
United States District Court House
for the
Northern District of Illinois
327 S church st.
Rockford Ill 61101
61101-127299