**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Antonio Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  25 C 50163 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston, |
| | ) | |
| A. Thompson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Antonio Williams has filed this *pro se* action without paying the filing fee and his *in forma pauperis* (IFP) application [3] is incomplete. The IFP application is accordingly denied without prejudice. A prisoner seeking to bring a civil action without pre-paying the $405 filing fee "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint[.]" 28 U.S.C. § 1915(a)(2). The account statement Williams submitted covers the period from 11/14/2024-11/25-2024, and it was certified on November 25, 2024. This action was filed on 4/10/2025, so his account statement several months out-of-date. If Williams wants the Court to consider his IFP application, he must submit an account statement that covers the six-month period preceding his filing of the complaint: from October 10, 2024, to April 10, 2025. He must also obtain a new certification to accompany the updated account statement, along with a completely filled-out IFP application. By May 9, 2025, Williams must either prepay the $405 filing fee or submit a complete IFP application.  Failure to do so will result in summary dismissal of this case.

Date:  April 11, 2025          By:  _____

Iain D. Johnston
United States District Judge

1