FILED

MAY 22 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear 2 Loughston.

Case 25-C-50163
may 15th 2025

I antonio Lamont Williams filed a civil lawsuit dated this april 2025. I was sent a letter to me dated april 11th 2025 saying that I must pay the pre-pay filing fee of $405 dollars or send in a new IFP application with a certified copy of my trust fund account statement for the past six months of 10-10-24 to 4-10-25 by may 9th 2025. I did send that information in to the clerks officer over two weeks ago. I know how important it is to keep my case up to date on information that the court ask of me and failure to do so will result in a Summary dismissal of my case. I also wanted to bring the information to the Court and clerks office that officer A. Thompson #0361 is the only officer that I see in my lawsuit. I also wanted to say that I listed officer Andrew kennington #0266 first. He is the officer that used excessive force on me during my November 14th 2024 arrest. I listed officer Thompson #0361 as the 2nd officer for failure to interven or stop or help with the arrest. I see in in the letter or order dated april 11th 2025 that officer A. Thompson, et al., is listed only as defendant and I dont see officer A. Kennington #0266. My lawsuit is for "both" officers not just one. I'm still waiting to here from the clerks office about my lawsuit and case.

#126811 antonio lamont williams