Antonio L Williams # 126811
Winnebago Co. Jail
650 West State St.
Rockford Ill 61102

**MAILED FROM**
**WINNEBAGO COUNTY JAIL**

" Legal mail "

CAROL STREAM IL 601

20 MAY 2025 PM 2

SCREENED

Office of Clerk
The U.S. District Court
United State Courthouse
327 South Church St.
Rockford Ill 61101

61101-132007