**FILED**

DEC 2 2 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honorable Schneider
Dear Honorable Johnston

12-11-2025

Case No. 3:25-CV-50163

I antonio Lamont Williams has a open case in your civil Court. I was sent a "Notification of Docket entry" from the clerks office dated October 23, 2025 that I have a up coming telephonic status hearing on the 12-11-2025 at 9:15 am. And in the letter it says that the Winnebago County jail will be notified of my telephonic status hearing and that my status hearing never happend and I dont understand why, I was not notified of a new telephonic status hearing by mail, so I was looking forward to my telephonic status hearing hearing.

It is to my understanding to write your Court and explain It is not my fault or I did not refuse the hearing and that is the reason for this letter, I dont know what happend or what went wrong but the reason for not making the telephonic status hearing is out of my control and I did not refuse it either. So Im writing the Court to explain my reasons.

Truly, Antonio L Williams
3:25-CV-50163